## J. H. Walker *v.* The State.

Pleading.— An indictment or information is fatally defective if it fails to allege that the defendant *did* the acts constituting the offence.

Appeal from the County Court of Bell. Tried below before the Hon. W. M. Minyard, County Judge.

No brief for the appellant.

*Thomas Ball* Assistant Attorney-General, for the State.

CLARK, J.   The information in this case, as the same is made to appear in the record before us, fails to allege that the defendant *did* the acts constituting the offence.   This defect has been uniformly adjudged substantial.   *The State* v. *Hutchinson*, 26 Texas, 111 ; *The State* v. *Dougherty*, 30 Texas, 360 ; *Edmundson* v. *The State*, 41 Texas, 496 ; *Ewing* v. *The State*, 1 Texas Ct. App. 362 ; *Moore* v. *The State*, 7 Texas Ct. App. 42.

The judgment is reversed and the cause remanded.